

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MLR, LLC, | Civil Action No. 07 cv 5321 |
| Plaintiff, | Judge Norgle |
| | Magistrate Judge Brown |
| v. | |
| INTERMEC, INC., INTERMEC TECHNOLOGIES CORPORATION and UTSTARCOM, INC., | |
| Defendants. | |

## ~~PROPOSED~~ ORDER OF DISMISSAL OF DEFENDANT UTSTARCOM, INC.

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, MLR, LLC ("MLR"), and Defendant, UTStarcom, Inc. ("UTStarcom"), have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of MLR and UTStarcom, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All claims, defenses and counterclaims that were or could have been made by MLR against UTStarcom or by UTStarcom against MLR relating to this Civil Action are hereby dismissed with prejudice.

2. MLR has not released, and nothing in this Order shall be construed as a release or discharge of, any claim MLR has made against Defendants Intermec, Inc. and Intermec Technologies Corporation.

3.  Each party shall bear its own costs and attorneys' fees.

4.  This Court retains jurisdiction over the parties for the purpose of enforcing the Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order.

SO ORDERED:

Date: 4-17-08

Hon. Charles R. Norgle
United States District Judge